IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Criminal No: |
| | : | |
| v. | : | <u>Violations</u>: |
| | : | 18 U.S.C. §2113(a) |
| MARK PONDER, | : | (Bank Robbery) |
| | : | |
| | : | 18 U.S.C. §2119 |
| Defendant. | : | (Carjacking) |

### **I N F O R M A T I O N**

The United States Attorney charges that:

#### **COUNT ONE**

On or about July 9, 2007, within the District of Columbia, the defendant, **MARK PONDER**, by intimidation did take from the person or presence of another money, namely approximately $2,469, belonging to, and in the care, custody, control, management and possession of the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

-2-

## COUNT TWO

On or about July 15, 2007, within the District of Columbia, the defendant **MARK PONDER**, by intimidation and with intent to cause serious bodily harm, against resistance and by putting in fear, did steal and take, and attempt to steal and take and seize control of a motor vehicle that had been transported, shipped, and received in interstate commerce, that is, a taxicab, from the immediate actual possession of Gashaye Gutema.

(**Carjacking**, in violation of Title 18, United States Code, Section 2119).

JEFFREY A. TAYLOR
D.C. Bar #498610
United States Attorney
for the District of Columbia

By:
BARBARA E. KITTAY
D.C. Bar #414216
Assistant U.S. Attorney
555 4th Street, N.W., Rm. 4846
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov