```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :   Criminal No. 07-236 (RWR)
                              :
                              :
        v.                    :
                              :
                              :
MARK PONDER                   :
                              :
           Defendant.         :
                              :
```

### AMENDED STATEMENT OF FACTS IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this proposed statement of facts, in support of a guilty plea:

1. On July 9, 2007, at approximately 12:31 p.m., the defendant, MARK PONDER, went into the PNC Bank located at 1779 Columbia Road, N.W., in Washington, D.C., and handed a note to the victim teller that said, "Don't do any thing stupid.  Just give me all the money.  And make it fast and give this back."  The teller gave defendant PONDER United States currency totaling $2,469 and defendant PONDER left the bank on foot.  Defendant PONDER was wearing a white dress shirt with stitched down pleats/tucks down the front.

2. The deposits of the PNC Bank and the branch at 1779 Columbia Road are insured by the Federal Deposit Insurance Corporation (FDIC).

-2-

3. As set forth in paragraph 6, below, on July 15, 2007, defendant PONDER was arrested by officers of the Metropolitan Police Department. He was still wearing the shirt that is depicted in the surveillance photographs taken during the bank robbery on July 9, 2005. Upon his arrest, he stated, "they made me do drugs, they made me rob the bank, the one on Columbia Road."

4. A photographic array was prepared, with the defendant's arrest photo included in the number 6 position. The array was shown to the victim teller at PNC Bank, referred to in paragraph 1, above, and the defendant, MARK PONDER, was selected by the teller, who said, "It look a lot number 6 but the guy was older." A review of the images in the surveillance photos taken on the day of the robbery also reflects that defendant PONDER is the bank robber and that he is wearing the same shirt as the one he was wearing when arrested.

5. On July 15, 2007, at around 4:00 a.m., defendant PONDER approached a taxi stopped in the 1500 block of Monroe Street, N.W., in Washington, DC. At the time, complainant Gashaye Gutema, the owner of the taxi, was driving the taxi, and a passenger was seated in the rear seat. The taxi was an operable motor vehicle and, therefore, property of some value. The defendant forced his way into the taxi; he then put the victim in fear by striking to door several times and physically forcing the victim out of the car. The backseat passenger also witnessed these events and ran from the taxi

-3-

cab. Then, the defendant began to drive the taxi away, without the consent of and carrying it away from the possession of the owner because he (defendant PONDER) had the specific intent to steal it.

6. At about this time of the events described in paragraph 5, above, an officer with the D.C. Metropolitan Police Department came into the block and was directed by bystanders to the taxi. The officer activated his emergency equipment while pulling his cruiser up behind the taxi cab. In response, the defendant drove the taxi forward and away from the officer's cruiser, crashing the taxi into a parked vehicle. The defendant then drove the taxi in reverse, backing it up into and partially on top of the officer's cruiser, rendering the taxi inoperable. Shortly thereafter, the police pulled the defendant out of the taxi and placed him under arrest.

        Respectfully Submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY
        D.C. Bar Number 498610

By: _____

        BARBARA E. KITTAY
        D.C. Bar Number 414216
        PAT MARTIN
        Assistant U.S. Attorneys
        United States Attorney's Office
        555 Fourth Street, N.W., Rm. 4846
        Washington, D.C. 20530
        Tel. (202) 514-6940
        Barbara.Kittay@usodj.gov