IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
THE UNITED STATES OF AMERICA  :   Criminal No: 07-0236 (RWR)
                              :
                              :
            v.                :   Violations:
                              :
                              :   18 U.S.C. §2113(a)
MARK PONDER,                  :    (Bank Robbery)
                              :
                              :   22 D.C. Code §2801
            Defendant.        :    (Robbery)
                              :
                              :
```

## SUPERSEDING CRIMINAL INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about July 9, 2007, within the District of Columbia, the defendant, **MARK PONDER**, by intimidation did take from the person or presence of another money, namely approximately $2,469, belonging to, and in the care, custody, control, management and possession of the PNC Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

(**Bank Robbery**, in violation of Title 18, United States Code, Section 2113(a)).

-2-

## COUNT TWO

On or about July 15, 2007, within the District of Columbia, the defendant **MARK PONDER**, by force and violence, against resistance, and by putting in fear, did steal and take from the person and from the immediate actual possession of Gashaye Gutema, property of value belonging to Gashaye Gutema, to wit, a motor vehicle, with the intent to steal it.

(**Robbery**, in violation of Title 22, D.C. Code, Section 2801).

JEFFREY A. TAYLOR<br>
D.C. Bar #498610<br>
United States Attorney<br>
for the District of Columbia

By:
BARBARA E. KITTAY
D.C. Bar #414216
Assistant U.S. Attorney
555 4th Street, N.W., Rm. 4846
Washington, D.C. 20530
(202) 514-6940
Barbara.Kittay@usdoj.gov